# ITELLIGENCE, INC.
## MASTER SERVICES AGREEMENT

This Master Services Agreement, entered into on February 24, 2015 ("Effective Date"), is between **itelligence, Inc.** ("itelligence"), having its principal office at 10856 Reed Hartman Highway, Cincinnati, Ohio 45242, (p) +1 513.956.2000 and **W.C. Bradley Co.** ("Client"), having a place of business at 1017 Front Ave., Columbus, GA 31901, (p) +1 706.571.7000.

This Master Services Agreement shall govern itelligence services for Client's SAP Implementation Project and itelligence hosting of Client's SAP system. itelligence services for Client's SAP Implementation Project are set forth in the terms from Client's Request for Proposal dated July 24, 2014 and the itelligence and SAP Response dated August 7, 2014, and additional terms and conditions detailing the specific services as set forth in the related executed Scope Statement of Work for Client's SAP Implementation Project along with detailed Project statement(s) of work, schedule or exhibit ("Attachment") issued hereunder and incorporated herein. As of the Effective Date of the Agreement Client's Human Resources implementation (Human Capital Management and Successfactor) are not included as part of the Client's SAP Implementation Project. itelligence services for hosting Client's SAP system are set forth in this Master Services Agreement (as modified by Appendix B to the Managed Hosting Statement of Work) and the Managed Hosting Statement of Work. After completion of the SAP Implementation Project Services, the parties may agree to execute a subsequent services agreement and associated statement of work, schedule or exhibits to govern other consulting services available through itelligence. Other than as provided in such Attachments, itelligence has no obligation or commitment to provide continued or on-going services and support itelligence services for Client's SAP Implementation Project and hosting of Client's SAP systems. itelligence performance of the work for Client's SAP Implementation Project and the hosting of Client's SAP systems are collective referred to as "Services". This Master Services Agreement together with any and all applicable Attachments is referred to as the "Agreement."

Client and itelligence may each be referred to herein as a "party" and collectively as the "parties."

In consideration of the mutual promises and obligations in this Agreement, the sufficiency of which is hereby acknowledged, the parties, intending to be legally bound, agree as follows:

## 1. SERVICES AND ATTACHMENTS.

1.1 Services may be performed at Client locations or at itelligence or its affiliates and service provider's locations (either in the United States or global locations) as detailed in the Attachment(s) and Client expressly consents to the use of itelligence foreign affiliates and service providers if, and to the extent, required for the fulfillment of the services detailed in an Attachment. If so desired, each party's global affiliates in any given country may contract for local Services by entering into an agreement by and between such foreign affiliates in the form of an addendum to this Agreement that will incorporate the terms of this Master Services Agreement with modifications as necessary in accordance with local law or as otherwise agreed to by those parties.

1.2 Executed Attachments may specifically modify the terms of this Master Services Agreement but only as they relate to the Services contemplated by the specific Attachment. This Agreement may only be modified by written agreement of the Parties.

1.3 A good faith estimate of itelligence time and materials for the anticipated itelligence Services in connection with Client's SAP Implementation Project is listed in Exhibit A of this Agreement.

1.4 A general summary of the entire implementation plan (phases and stages) for Client's SAP Implementation Project is listed in Exhibit B of this Agreement.

## 2. TERM AND TERMINATION.

ITELLIGENCE CONFIDENTIAL INFORMATION

Std Master Services Agreement Template Rev 040313
Prepared by: p.dalki
AE: r.barron

Page 1 of 12



**EXHIBIT A**

2.1. The term of this Agreement is five (5) years from the Effective Date and such term will be automatically renewed for consecutive one year terms unless either party gives the other party sixty (60) days prior written notice of termination, or unless otherwise mutually agreed to in writing by the parties. In all instances, this Agreement shall continue to govern such Attachments until they are terminated or performance has been completed. Notwithstanding anything to the contrary, Client and itelligence may agree to extend the term of this Agreement, including without limitation, to Managed Hosting Services in executed Statements of Work or change orders that may amend this Agreement.

2.2. Unless otherwise provided in an Attachment, Client may, upon giving thirty (30) day prior written notice, terminate an Attachment for convenience in accordance with this Subsection 2.2. Unless otherwise provided in an Attachment, if Client terminates an Attachment for convenience on less than thirty (30) days written notice, then Client will be liable for payment of the hours of Services actually performed during such thirty (30) day notice period.

2.3. In the event of a material breach by either party, the non-breaching party shall provide the other party with prior written notice and thirty (30) day or such other time period as agreed to in writing by the parties opportunity to cure such breach (except as specified in Subsection 3.1(ii) below) prior to the actual termination. The term "material breach" as used herein means a breach of this Agreement that is not cured in accordance with this Subsection 2.3.

2.4. In the event either party becomes or is declared insolvent or bankrupt, is the subject of any proceeding relating to its liquidation, insolvency, or the appointment of a receiver or similar officer, makes an assignment for the benefit of all or substantially all of its creditors or enters into an agreement for the composition, extension, or readjustment of all or substantially all of its obligations, after sixty (60) days the other party may terminate this Agreement by giving written notice to the other party.

2.5. In the event Client, in its reasonable and good faith judgment, is not satisfied with the performance of any personnel assigned by itelligence to perform the Services, Client shall promptly notify itelligence in writing and the parties will work together in good faith to resolve the issues. If the resolution requires the replacement of such personnel, itelligence will do so as soon as reasonably possible with a replacement person who has the necessary skill and experience to perform the related Services.

## 3. INVOICING AND CREDIT TERMS.

3.1. Unless otherwise provided herein or in an Attachment, itelligence will invoice Client monthly for all Services provided under this Agreement and payment is due forty five (45) ) days from receipt of the invoice. Invoices will be sent to the billing address specified in Statement of Work. In the event that Client does not pay an undisputed invoice amounts when due (even if such nonpayment occurs on account of Client's bankruptcy or insolvency), itelligence may, at its option: (i) charge interest on the overdue account balance at the rate of 1.5% per month and (ii) notwithstanding Subsection 2.2 above, terminate this Agreement or any Attachment(s) hereunder without penalty upon written notice to Client unless Client immediately cures such nonpayment.

3.2. In connection with itelligence's provision of Services, Client shall promptly review itelligence's invoice and notify itelligence in writing of any disputes or issues with the invoice and the Services associated with such invoice. Client shall use best efforts and act in good faith to notify itelligence in writing of any disputes associated with the invoiced amounts and associated Services within thirty (30) days from Client's receipt of such invoice from itelligence.

3.3. Client shall pay for all taxes in connection with this Agreement including, but not limited to, sales, use, excise, value-added, goods and services, consumption, and other similar taxes or duties. Should any payment for Services or technology provided by itelligence be subject to withholding tax by any government, Client shall reimburse itelligence for such withholding tax. Each party is responsible for taxes

ITELLIGENCE CONFIDENTIAL INFORMATION

Std Master Services Agreement Template Rev 040313
Prepared by: p.dalki
AE: r.barron

Page 2 of 12



based on its own net income, employment taxes of its own employees, and for taxes on any property it owns or leases.

3.4.    If a Statement of Work indicates that the Services contemplated by such Statement of Work shall be provided by itelligence to Client on a time and materials basis, then (1) the hourly rates set forth in the Fee Schedule of the Statement of Work shall apply to such Services (and itelligence may only increase the hourly rates if set forth and agreed to in the Fee Schedule of the Statement of Work) and (2) on or about the 15th of each month, itelligence shall deliver an invoice to Client listing all Services provided by itelligence in the previous billing period under such Statement of Work.  Each such invoice shall include (A) the name of each itelligence person who provided such Services, (B) the aggregate number of hours worked by each such person itemized by deliverables, tasks, and stage, and (C) the hourly rate for each such personnel pursuant to the Fee Schedule.

3.5.    If a Statement of Work indicates that the Services contemplated by such Statement of Work shall be provided by itelligence to Client for a fixed fee, then, upon completion of a payment event specified in such Statement of Work, itelligence shall deliver an invoice to Client listing all Services provided by itelligence in the previous billing period under such Statement of Work relating to such payment event.

3.6 The SAP Implementation Project Services performed hereunder will be performed on a time and material basis and invoiced monthly. Client will hold back ten percent (10%) of consulting fees associated with Services in each invoice and release the holdbacks upon completion and sign-off of milestone deliverables in accordance with Section 6.4 C of the Main Body SOW. Expenses will be paid in full when due.  Based upon the scope, deliverables, assumptions and responsibilities set forth in the Agreement and all related SAP Implementation Project Attachments, itelligence's  time and material good faith estimate for SAP Implementation Project Services is listed in Exhibit A of this Agreement  plus actual out of pocket expenses and all taxes, as applicable.

3.6.1 In addition to being listed in Exhibit A to the Agreement, the itelligence IPI pricing is also listed separately in the Scope Appendix document;

3.6.2 Client will be billed for hours of SAP Implementation Services rendered in accordance with the Agreement using rate table identified in Section 6.4A, Project Rate Table of the Main Body Statement of Work

3.6.3 In all instances, Client's invoices shall include line item level actual out of pocket expenses and taxes, as applicable and are not part of the holdback process described above.

4. TRAVEL AND OUT OF POCKET EXPENSES. itelligence will invoice Client for all reasonable and necessary expenses (at cost) incurred by itelligence for the performance of Services in accordance with the agreed upon travel guidelines identified in the Attachment.

5. CONFIDENTIAL MATTERS AND PROPRIETARY ITEMS.

5.1. During the course of itelligence performing Services for Client, each party may be given access to information that relates to the other's past, present, and future research, development, business activities, products, services and technical knowledge, and is identified as confidential or proprietary or understood by a reasonable person to be confidential or proprietary ("Confidential Information"). Each party agrees to protect the Confidential Information of the other party in the same manner that it protects the confidentiality of its own Confidential Information of like kind, but in no event will either party exercise less than reasonable care in protecting such Confidential Information. Unless authorized to do so in writing by an officer of the other party hereto, neither party nor any third party acting on its behalf, will for any reason at any time use or disclose to any person or party any Confidential Information of the other party hereto or affiliated companies, except to the extent necessary for the purpose of the Services provided under this

Std Master Services Agreement Template Rev 040313
Prepared by: p.dalki
AE: r.barron



Agreement and provided that the recipients of confidential information are bound by confidentiality requirements that are at least as restrictive as those contained herein. The obligation to keep such information confidential will not extend to: (i) information which is or becomes a matter of public record through no fault of receiving party, (ii) information which can be shown to have been legally disclosed to the receiving party by a third party without restrictions as to disclosure, and (iii) information which is independently developed without the use of the disclosing party's Confidential Information. Disclosure of Confidential Information will not be precluded if such disclosure is in response to a valid order of a court or other governmental body of the United States or is otherwise required to be disclosed by law, provided however, that the receiving party so required to disclose shall first give written notice, if allowed by law, to the disclosing party so that the disclosing party may seek an appropriate protective order. In connection with the Services, itelligence may from time to time undertake one or more quality assessment reviews and satisfaction surveys. In order for such reviews to be frank and candid, for the greatest benefit to both Client and itelligence, the parties shall keep the reviews confidential. Any documentation created in connection with such quality assessment reviews and satisfaction surveys will be the Confidential Information of itelligence.

5.2. In the course of performance hereunder, itelligence may use products, materials, tools and methodologies that are proprietary to itelligence or to third parties (collectively "Proprietary Items"). As between Client and itelligence, Proprietary Items including all intellectual property rights contained therein, are owned by itelligence and are the Confidential Information of itelligence. If required for the Services and if specified in an Attachment, itelligence will provide Client with those Proprietary Items listed in the Attachment to be implemented by itelligence and used by Client in connection with Client's SAP system. Client shall have no rights in itelligence Proprietary Items (or in any modifications or enhancements to them) other than to use them as part of the delivered Services for Client's internal business only. Client may allow third party vendors to use the Proprietary Items only as necessary for Client's continued operation and use of the developed SAP system and provided that such third party vendors are bound by confidentiality obligations or, in the case of an outsourcing vendor, such outsourcing vendor has executed a Confidentiality Agreement directly with itelligence. The Proprietary Items are provided in an "AS IS" condition and without express or implied warranties of any kind. In the event that Client breaches the Confidentiality provisions of this Agreement and then fails to cure such breach after sixty (60) written notice, then upon request from itelligence, Client shall irretrievable delete and/or remove the Proprietary Items from all computer hardware and storage media.

6. DATA SECURITY. itelligence will maintain: (i) safeguards against the destruction, loss or alteration of data provided by Client to itelligence ("Client Data"), (ii) safeguards against the unauthorized access to such Client Data, and (iii) network and internet security procedures, protocols, security gateways and firewalls with respect to such Client Data in accordance with the highest industry commercial practices and standards. All of the foregoing shall be no less rigorous than those safeguards and procedures maintained by itelligence for its own data and information of a similar nature. As used in this Agreement, "highest industry commercial practices and standards" means of a quality and level of care and skill exercised by reputable SAP service providers of comparable company size, revenues, and territory, at the time the Services are performed.

7. LIMITATION OF LIABILITY AND DAMAGES. itelligence's entire liability to Client for any loss, liability or damage, including attorney's fees, for any claim arising out of or related to this Agreement, any Attachment or the Services, regardless of the form of action, will not exceed the amount of the fees actually paid to itelligence by Client pursuant to the applicable Attachment or engagement in effect at the time the damages were originated. IN NO EVENT WILL itelligence BE LIABLE TO CLIENT OR ANY THIRD PARTY FOR LOST PROFITS, CONSEQUENTIAL, SPECIAL, INCIDENTAL, OR PUNITIVE DAMAGES, HOWSOEVER ARISING OUT OF OR RELATED TO THIS AGREEMENT REGARDLESS OF THE BASIS OF THE CLAIM. Any action by either party must be brought within two (2) years after the cause of action arose.

ITELLIGENCE CONFIDENTIAL INFORMATION                    Std Master Services Agreement Template Rev 040313
                                                                        Prepared by: p.dalld
                                                                        AE: r.barron

Page 4 of 12



8. **WORK PRODUCT.** Except as the parties may agree in writing under any Statement of Work, in the event any work product (including but not limited to training materials, programs, software, designs, documentation, inventions, discoveries, ideas, processes, solutions, itelligence Proprietary Items ("iPI") and hardware) is produced, used or made by itelligence in the context of performing the Services hereunder ("Work Product") such Work Product and all copies thereof will not be deemed "work for hire" and will be owned exclusively by itelligence or its vendor. itelligence hereby grants to Client a personal, non-exclusive, perpetual, non-assignable and non-transferable (except in accordance with Section 16) license to use the Work Product for its internal business operations. Client shall guard against use of the Work Product by its employees, contractors and agents which is in any manner inconsistent with this Section 8. The license granted hereunder will commence upon the Client's payment in full for the Work Product and will continue indefinitely unless cancelled by itelligence upon written notice to Client for any uncured breach of Sections 5 (Confidential Matter and Proprietary Items). Except as the parties may agree in writing under any Statement of Work, in no event will itelligence be precluded from developing for itself, or for others, materials which are competitive with, or similar to, the Work Product. In addition, itelligence shall be free to use its general knowledge, skills and experience, and any ideas, concepts, know-how, and techniques that are acquired or used in the course of providing Services.

9. **EXCLUSIVE WARRANTIES.**

9.1. itelligence hereby warrants that for a period of sixty (60) days after delivery the Work Product will function in substantial conformance with its documentation, and that itelligence has all rights, titles, and licenses to permit Client to use the pre-existing Work Product, including iPI and other Work Product subject to Client's license rights to SAP software.

9.2. itelligence warrants that it will provide the Services and perform its responsibilities in a good and workmanlike manner using the highest industry commercial practices and standards and in substantial compliance with this Agreement and the Attachments.

9.3. If Work Product fails to perform as specified in Subsections 9.1 and 9.2 above, itelligence will either: (i) repair the Work Product at no charge to Client or (ii) replace the Work Product at no charge to Client. If itelligence is unable to repair or correct or otherwise correct the failed Work Product within a reasonable time period, then itelligence will refund the fees paid to itelligence by Client for such Work Product.

9.4. Each party represents and warrants to that (i) it has the full right and authority to enter into this Agreement, perform its obligations under this Agreement, grant all of the rights granted by it under this Agreement; (ii) that the execution and delivery of this Agreement has been duly authorized; (iii) that it is in sound financial condition and can pay all of its debts as and when they become due; and (iv) that no approval or other action by a third party is required in connection with its execution and performance of this Agreement.

9.5. The warranties in this Section 9 will not apply to third party software, hardware or configurations that Client may use in conjunction with Work Product. THE FOREGOING ARE THE EXCLUSIVE WARRANTIES OF itelligence REGARDING ITS SERVICES AND WORK PRODUCT AND itelligence MAKES NO OTHER WARRANTIES OR GUARANTEES TO CLIENT, WHETHER EXPRESS OR IMPLIED, INCLUDING THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. FURTHER, THE FOREGOING WARRANTIES WILL NOT APPLY IF WORK PRODUCT: (i) IS NOT USED IN ACCORDANCE WITH THE INSTRUCTIONS PROVIDED TO CLIENT, (ii) HAS BEEN ALTERED OR MODIFIED IN ANY WAY BY CLIENT OR OTHERS WITHOUT itelligence's SPECIFIC WRITTEN CONSENT, OR (iii) IS DEFECTIVE AND SUCH DEFECT IS CAUSED BY CLIENT OR ITS THIRD PARTY VENDORS.

10. **ACCEPTANCE.** For Work Product that is delivered to Client for acceptance testing, the parties will work together to develop acceptance criteria and testing procedures for evaluating if the deliverables comply with the function and technical requirements set forth in the Attachment ("Specifications"). Work

Std Master Services Agreement Template Rev 040313
Prepared by: p.dalki
AE: r.barron



Product deliverables that conform to the Specifications will be accepted ("Acceptance").   Unless otherwise mutually agreed in writing, the acceptance testing will be completed and Client shall give written Acceptance or rejection of the Work Product no later than fifteen (15) business days after delivery ("Acceptance Period") stated in an Attachment.   Notwithstanding anything to the contrary in an Attachment, if Client does not provide written notice of Acceptance or rejection by the end of the Acceptance Period and within 5 business days following a reminder email from itelligence then the Work Product deliverables will be deemed accepted.

## 10.1 WORK PRODUCT ACCEPTANCE

10.1.1 Delivery.   For itelligence SAP Implementation Services, upon itelligence's completion or correction (as applicable) of all deliverables for each stage of Client's project (the "Project Stage"), itelligence shall deliver to Client such Project Stage deliverables for evaluation pursuant to this Section 10.1.  The first date on which Client receives the Project Stage deliverables from itelligence for an initial evaluation is the "Project Stage First Receipt Date." Each date on which Client receives Project Stage deliverables from itelligence for evaluation, whether such evaluation is an initial evaluation of Project Stage deliverables or a follow-up evaluation following itelligence's correcting Project Stage deliverables, is a "Project Stage Receipt Date."

10.1.2 Evaluation Period.  Commencing on Project Stage Receipt Date, Client shall perform such tests on the applicable Project Stage deliverables as set forth in the applicable Statement of Work for a period not to exceed the number of days in a specific Statement of Work (the "Project Stage Evaluation Period") or, if the Project Stage Evaluation Period is not specified in the Statement of Work, during the Acceptance Period.   If such Project Stage deliverables conform to the Specifications, then Client shall deliver Acceptance to itelligence for such Project Stage deliverables; provided, however, that Acceptance of Project Stage deliverables is contingent upon Acceptance of the entire Project through integration testing in accordance with Section 10.2.

10.1.3 Correction Period. If the Project Stage deliverables do not conform to the Specifications, then Client shall notify itelligence in writing of the reasons for such non-conformance, whereupon itelligence shall have the number of days in a specific Statement of Work  from receipt of such written notification to either (i) correct the reasons for non-conformance  or (ii) notify Client in writing of (1) any and all reasons such non-conformance  has not been corrected, (2) the actions to be taken by itelligence to cause such non-conformance to be corrected, and (3) the delivery date for the revised Project Stage deliverables.  Upon the conclusion of each such correction period, the parties shall proceed to evaluation in accordance with Section 10.1.2.

10.1.4 Non-Conforming Project Stage deliverables.  If the Project Stage deliverables set forth in a Statement of Work do not conform to the Specifications as defined in a Statement of Work and, as a result, Client does not deliver Acceptance to itelligence after completion of the Project Stage Evaluation Period or, if the Project Stage Evaluation Period is not specified in the Statement of Work, during the Acceptance Period, then:

(a) The parties may agree in writing to extend the Project Stage  Evaluation Period or Acceptance Period  for such Project Stage deliverables or

(b) itelligence will repair the non-conforming deliverable and the parties will continue in accordance with Section 10.1.2 through Section 10.1.4 or

(c) if itelligence is not able to repair the non-conforming Project Stage deliverable, then itelligence shall give Client a full refund of the fees paid to that date by Client for the non-conforming Project Stage deliverable.

## 10.2 INTEGRATED TESTING.

ITELLIGENCE CONFIDENTIAL INFORMATION             Std Master Services Agreement Template Rev 040313
Prepared by: p.dalki
AE: r.barron

Page 6 of 12

10.2.1 Delivery.   Upon itelligence's completion or correction (as applicable) of all Project Stage deliverables set forth in the applicable Statement of Work integration testing shall be conducted by Client for evaluation of the all deliverables for the Project pursuant to the processes and standards set forth in  Section 10.1 above.

## 11. RELATIONSHIP OF PARTIES.

11.1. The relationship between itelligence and Client created by this Agreement is one of independent contractor and under no circumstances is: (i) any employee or contractor of itelligence to be deemed an employee of Client, and (ii) itelligence a legal agent or representative of, nor does it have the power to bind, assume or create any obligation or responsibility on behalf of Client. itelligence resources will be subject to the control, supervision and authority of itelligence, except as may otherwise be mutually agreed upon by the parties.

11.2. Each party shall perform its obligations and conduct its business in compliance with federal, state and local laws, rules, orders and regulations applicable to its business, including, without limitation, the Foreign Corrupt Practices Act, export control, privacy, safety, health, and environmental rules, laws, regulations and policies. The parties shall cooperate with each other, as reasonably requested and as needed, for compliance with rules, laws, regulations and policies.

11.3. To promote informed decisions and fair practices in compliance with Section 5 of the Federal Trade Commission Act (15 USC 45) and related state laws, itelligence hereby notifies Client that itelligence periodically enters into agreements (alliance, referral or similar strategic partnering arrangements) with information technology vendors that enable itelligence to offer to clients enhanced services and technology options. These arrangements typically provide for technical and marketing cooperation and payment of marketing assistance or referral fees by the vendor in connection with business opportunities created through the relationship.

12. INSURANCE.  itelligence will maintain the following minimum types and levels of insurance coverage for the entire duration of the Services described in this Agreement:

12.1 Coverages and amounts:

(i) worker's compensation insurance coverage in accordance with the law of the state(s) wherein itelligence will perform Services; to include foreign voluntary workers compensation coverage and worldwide employer's liability insurance, with a limit of liability not less than $1,000,000 each accident, $1,000,000 disease each employee, $1,000,000 disease policy limit;

(ii) worldwide commercial general liability insurance with a combined single limit of liability not less than $1,000,000 per occurrence and $2,000,000 in the aggregate for bodily injury, property damage, personal and advertising liability, products liability and completed operations, and contractual liability;

(iii) worldwide automobile liability insurance for owned, hired, and non-owned vehicles in the US and hired and non-owned vehicles in the rest of the world, with a combined single limit of liability not less than $1,000,000 per occurrence for bodily injury and property damage liability;

(iv) worldwide umbrella liability insurance, providing excess coverage over the employer's liability, commercial general liability and automobile liability policies, with a limit of liability not less than $5,000,000 per occurrence and in the aggregate;

Std Master Services Agreement Template Rev 040313
Prepared by: p.dalki
AE: r.barron

(v) errors and omissions insurance, for, at a minimum, the rendering of, or failure to render, professional services, including but not limited to, software installation, integration, maintenance, hosting, training and consulting services, with a limit of liability not less than $10,000,000 per claim;

(vi) intellectual property insurance as part of itelligence's error and omissions policy, including coverage for copyright and trademark infringement with a limit of liability not less than $10,000,000 per claim;

(vii) commercial crime, including employee dishonesty/theft, with coverage for property of others, and computer fraud in relation to employee dishonesty insurance with a limit of not less than $5,000,000 per claim;

(viii) commercial property insurance, including coverage for property of others in itelligence's care, custody or control, for the full replacement cost of the property; and

(ix) "cyber insurance" coverage as part of itelligence's errors and omissions policy, providing defense and coverage for settlements/judgments against itelligence for allegations involving "breach of privacy/confidentiality"; "unauthorized access"; "failure of IT security"; media-related copyright and/or trademark liability. Coverage is to be provided on an "enterprise-wide" basis, and is to include a limit of no less than $5,000,000 for Notification Costs Reimbursement, which will include both legally required notifications, as well as voluntary notifications. Additionally, coverage will apply to "E-Theft" of data or information of any kind. The limit for this "cyber insurance" will be not less than $10,000,000 annual aggregate limit.

12.2    Coverages (ii), (iii) and (iv) will name Client and its affiliates as additional insureds, be primary and non-contributory as to Client and its affiliates, and contain no exclusion(s) that would preclude claims by an additional insured against a named insured.

12.3    Coverages (i), (ii), (iii) and (iv) will contain a waiver of subrogation as to Client and its affiliates.

12.4    itelligence will maintain coverage (v), for at least three years after the expiration date of this Agreement.

12.5    itelligence will be solely responsible for payment of all premiums, deductibles and self-insured retentions.

12.6    itelligence will provide no less than 60 days written notice to Client of cancellation or non-renewal.

12.7    Within ten (10) business days after this Agreement has been executed by all Parties, itelligence will deliver to Client valid and accurate Certificates of Insurance for each policy required by this Agreement. Notwithstanding the Certificates of Insurance, upon reasonable notice to itelligence, Client may inspect or copy, at Client's sole expense, any of the policies required by this Agreement. Client agrees to keep all insurance policies confidential pursuant to section 5 of this Agreement.

13. HIRING RESTRICTION. Client and itelligence each acknowledges that their employees and contractors are valuable assets of their respective organizations. Accordingly, neither party will hire or solicit to hire the other party's Personnel without the other party's prior written consent. For the purposes of this Agreement, "Personnel" means any employee or contractor of the parties who has worked in connection with the Services within twelve (12) months prior to the offer of employment or date which the resource is to begin contractor services. Notwithstanding the foregoing, this restriction shall not apply to

ITELLIGENCE CONFIDENTIAL INFORMATION                    Std Master Services Agreement Template Rev 040313
                                                                                    Prepared by: p.dalki
                                                                                          AE: r.barron

                                         Page 8 of 12

Personnel who independently respond to indirect sources such as advertisements, internet job postings or employment agency referrals.

## 14. CLIENT RESPONSIBILITIES.

14.1. Client shall cooperate with itelligence in order for itelligence to perform the Services hereunder, including without limitation, providing reasonable facilities and work space, timely access to data, information and personnel and obtaining any consents required for itelligence to perform Services on Client's licensed or purchased software or hardware. Client understands that itelligence's performance of Services is dependent upon the completion of Client's responsibilities specified in the Attachment and pursuant to the terms of the Agreement, as well as the timely decisions and approvals of Client in connection with the Services.

14.2. Client shall be responsible for the performance of its employees and agents and for the accuracy and completeness of all data and information provided to itelligence for the purpose of itelligence's performance of the Services hereunder.

15. **IMMIGRATION AND EXPORT CONTROL.** Client acknowledges that itelligence employs foreign nationals and, to allow itelligence to comply with immigration and export laws, regulations and policies, Client agrees to cooperate with itelligence, as reasonably requested, by (i) completing Exhibit C ("Request for Contact Information"), (ii) posting labor condition application(s) for itelligence foreign national employees at Client's work site as directed by itelligence; (iii) notifying itelligence immediately and in writing if Client experiences a strike or lockout associated with a labor dispute affecting computer-related occupations at any time while itelligence is performing work for Client and (iv) not releasing or otherwise providing access to technology or technical data controlled under the Export Administrations Regulation's Commerce Control List (CCL) or International Traffic in Arms Regulation's U.S. Munitions List (USML) to any itelligence employee. In addition, since the itelligence Service Desk Portal (defined below) physically resides outside of the U.S., when submitting tickets, messages, incident reports, follow up data or any other communication or correspondence, (including attachments) through the Service Desk Portal (collectively referred to as "Tickets"), Client agrees that it (i) will not submit any technology or technical data controlled under the CCL, USML or other export restrictions in the Tickets; (ii) will not document in Tickets logon IDs and passwords to Client's systems; and (iii) will be solely liable for any and all damages resulting from or caused by Client's or its designee's failure to comply with sub items (i) and (ii). The "Service Desk Portal" is the on-line ticketing system used by Client and its designees to obtain maintenance support, application support, and hosting support from itelligence. The Service Desk Portal is also referred to as "help desk," "service desk," "ticket system" and "Solman/ISP" and is accessible through https://www.it-supportdesk.itelligence.de/supportdesk (or a subsequent link that itelligence may provide to Client).

16. **ASSIGNMENT.** Except as provided in this paragraph, neither party may assign this Agreement, in whole or in part, without the prior written consent of the other party which will not be unreasonably withheld; *provided however,* that either party may assign this Agreement to any entity that acquires all or substantially all of the assets of such party or to a successor in a merger or acquisition of such party. ... Written notice of the assignment must be delivered to the other party prior to the date of such assignment. This Agreement will be binding upon, inure to the benefit of, and be enforceable by, the respective successors and assigns of the parties hereto. In the event of an assignment to a competitor of itelligence, itelligence may elect to terminate this Agreement pursuant to Section 2 above.

17. **GOVERNING LAW.** This Agreement will be governed by and construed under the laws of the State of Delaware without the application of the U.N. Convention on Contracts for the International Sale of Goods (1980), to the extent that such convention might otherwise be applicable.

18. **DISPUTE RESOLUTION.** In the event of any controversy, dispute or question arising out of, or in connection with, or in relation to, this Agreement or any Attachment, the parties will work together in good

ITELLIGENCE CONFIDENTIAL INFORMATION     Std Master Services Agreement Template Rev 040313
Prepared by: p.dalki
AE: r.barron

Page 9 of 12

faith first, to resolve the matter internally by escalating the matter to higher levels of management within each party, and then if necessary, to use a mutually agreed alternative dispute resolution technique prior to resorting to litigation. In the event that the parties fail to mutually agree upon such technique within thirty (30) days after good faith attempts at internal resolution have failed, either party may resort to litigation. Disputes involving non-payment, confidentiality obligations, or intellectual property rights are excluded from this provision, in which case either party shall be free to seek available remedies in any forum. All negotiations pursuant to this clause are confidential and will be treated as compromise and settlement negotiations for purposes of Rule 408 of the Federal Rules of Evidence or any comparable state or country provision.

19. **SURVIVAL OF TERMS.** The following Sections of this Agreement will survive the termination of this Agreement: Sections 3 (Invoicing and Credit Terms), 5 (Confidential Matters and Proprietary Items), 7 (Limitation of Liability and Damages), 8 (Work Product), 9 (Exclusive Warranties), 13 (Hiring Restriction), 17 (Governing Law), 18 (Dispute Resolution), 19 (Survival of Terms), 21 (Waiver), 22 (Notices), and 23 (Severability).

20. **CLIENT REFERENCES.** Upon the written agreement of Client, itelligence may mention Client's name and the Services provided by itelligence for Client in promotional and marketing materials distributed by itelligence.

21. **WAIVER.** No waiver of satisfaction of a condition or nonperformance of an obligation under this Agreement will be effective unless it is in writing signed by the party granting the waiver.

22. **NOTICES.** Any notice required or permitted to be given hereunder must be in writing to the party at such address indicated listed below (or at such other address as such party specifies to the other party in writing) and will conclusively be deemed to have been received by its recipient: (i) on the same business day it is personally delivered, (ii) one (1) day after it is deposited for overnight delivery with a nationally recognized overnight delivery service, or (iii) if sent by certified mail postage prepaid and return receipt requested, such notice will conclusively be deemed to have been received on the third (3rd) business day after mailing.

22.1 **To itelligence:**    itelligence, Inc.
                10856 Reed Hartman Highway
                Cincinnati, Ohio 45242
                ATTN: Chief Financial Officer

22.2 **To Client:**    W.C. Bradley Co.
                1017 Front Ave.
                Columbus, GA 31901
                ATTN: Chief Financial Officer

With a copy to:    W.C. Bradley Co.
                1017 Front Ave.
                Columbus, GA 31901
                ATTN: Chief Information Officer

23. **SEVERABILITY.** If any term or provision of this Agreement is found by a court of competent jurisdiction to be invalid, illegal or otherwise unenforceable, the same shall not affect the other terms or provisions thereof or the whole of this Agreement, but such term or provision will be deemed modified to the extent necessary in the court's opinion to render such term or provision enforceable, and the rights and obligations of the parties will be construed and enforced accordingly, preserving to the fullest permissible extent the intent of the agreements of the parties herein set forth.

---

ITELLIGENCE CONFIDENTIAL INFORMATION          Std Master Services Agreement Template Rev 040313
                                                                    Prepared by: p.dalki
                                                                    AE: r.barron



Page 10 of 12

24. **FORCE MAJEURE.** Each party will be excused from performance under this Agreement for any period and to the extent that is prevented from performing any obligations pursuant to this Agreement, in whole or in part, as a result of a Force Majeure Event. If either party is prevented from, or delayed in performing any of its obligations under this Agreement by a Force Majeure Event, it shall promptly notify the other party of the occurrence of a Force Majeure Event and of the obligations which are delayed or prevented due to the Force Majeure Event. Such party shall continue to use reasonable efforts to recommence performance whenever and whatever extent possible without delay. A "Force Majeure Event" means the occurrence of an event or circumstance beyond the reasonable control of a party, provided that: (i) the non-performing party is without fault in causing or failing to prevent such occurrence and (ii) such occurrence cannot be circumvented through the use of commercially reasonable alternative sources, work around plans or other means.

25. **ENTIRE AGREEMENT.** This Agreement supersedes all proposals, negotiations, or discussions heretofore had between the parties related to the subject matter. This Agreement constitutes the complete agreement between the parties and will not be modified or amended without the prior written consent of both parties.

26. INDEMNIFICATION. The following provisions apply to indemnities for this Agreement.

26.1.    **INDEMNITY BY CLIENT.** Client shall indemnify Itelligence from, and protect, defend and hold harmless Itelligence and its subcontractors, suppliers and their respective directors, officers, agents, attorneys and affiliates against, any fine, penalties, cost, loss, damage, injury, obligation, demand, assessment, claim, expense, or liability including fees and expenses of establishing right to this indemnity, attorney's fees, and expenses asserted against or incurred by those persons or entities arising out of or relating to any third party claim (a) which arises from Client's failure to comply with the laws applicable to Client's business; (b) for bodily injury or death of any person caused by Client; (c) damage to or loss or destruction of tangible real property or tangible personal property caused by Client or its agents, subcontractors, or employees; and (d) taxes not paid promptly by Client..

26.2.    **INDEMNITY BY ITELLIGENCE.** itelligence shall indemnify Client from, and protect, defend and hold harmless Client and its respective directors, officers, agents, attorneys and affiliates against, any fine, penalties, cost, loss, damage, injury, obligation, demand, assessment, claim, expense, or liability including attorney's fees and expenses asserted against or incurred by those persons or entities arising out of or relating to any third party claim (a) which arises from itelligence's failure to comply with the laws applicable to itelligence's business; (b) for bodily injury or death of any person caused by itelligence; (c) damage to or loss or destruction of tangible real property or tangible personal property caused by itelligence; (d) fees and  taxes not paid promptly by itelligence; and (e) Client's use of the Work Product infringe upon any third party copyright, trademark, trade secret or U.S. patent and itelligence will (in addition to its obligations under this Section) do one of the following as its sole obligation to Client and as Client's sole remedy against itelligence if the Work Product have become (or in itelligence's reasonable judgment is likely to become) the subject of an infringement claim:

(i)   at itelligence's cost, obtain for Client the right to continue using Work Product;
(ii)  at itelligence's cost, replace or modify the Work Product so that they no longer are the subject to the infringement claim; or
(iii) after giving Client notice in writing, stop providing the Work Product which are part of the infringement claim or terminate the Agreement and reimburse Client for monies paid for such infringing Work Product.

itelligence is not liable to Client if the infringement claim is based on (a) Client's unauthorized modification of the Work Product; (b) the use of the Work Product in combination with any service, facilities, equipment or software not furnished by itelligence; (c) any liability arising after itelligence has notified Client to cease use of the Work Product; or (d) compliance with Client's designs, specifications, plans or instructions; or (e) use of the Work Product other than as intended.

ITELLIGENCE CONFIDENTIAL INFORMATION                    Std Master Services Agreement Template Rev 040313
Prepared by: p.dalki
AE: r.barron

Page 11 of 12

26.3.   **INDEMNIFICATION PROCEDURES.**  The party requesting to be indemnified, defended and/or held harmless ("Protected Party") will promptly notify the other party ("Protecting Party") in writing of the situation giving rise to the third party claim.  The Protecting Party will control the defense against the claim, including any negotiation, settlement and appeal of the claim.  The Protected Party will (at the Protecting Party's request and cost) reasonably assist the Protecting Party in its defense of the claim. The indemnified party may participate any proceeding with counsel of its own choosing, at its own expense.

IN WITNESS WHEREOF, itelligence and Client are signing this Master Services Agreement on the dates set forth below and when signed by authorized personnel of both parties, shall become effective as of the Effective Date.

Please indicate your agreement by signing below and returning via one of the following: (1) electronically to contracts@itelligencegroup.com, (2) facsimile to Shauna Keating-Schroot at 513.956.2009, or (3) mail to itelligence, Inc., Attn: Shauna Keating-Schroot, 10856 Reed Hartman Highway, Cincinnati, OH 45242. If Client requires a fully executed original, one (1) signed original is to be mailed to itelligence, Inc., Attn: Shauna Keating-Schroot.

APPROVED:                                                 AGREED:

ITELLIGENCE, INC.                                         W.C. BRADLEY CO.

By: _____              By: _____
       (Signature)                                                (Signature)

Name: _____Timothy P. Breen_____         Name: __James G Hillenbrand__
       (Print)                                                    (Print)

Title: ___Chief Financial Officer___         Title: ___C FO___

Date: February 24, 2015                                   Date: February 24, 2015


### To be completed by Client

Client requests electronic copy of fully executed Master Services Agreement to be returned to:
Name: Terry Bargy                                Email: tbargy@wcbradley.com
       (Print)                                                (Required)

ITELLIGENCE CONFIDENTIAL INFORMATION

Std Master Services Agreement Template Rev 040313
Prepared by: p.dalki
AE: r.barron

Page 12 of 12

# Exhibit A: Attachments to MSA

| | Document Name | Document Description | Document purpose | $ Value | Signature Page | Actual File Name |
|---|---|---|---|---|---|---|
| A. | WCB Main Body | Main SOW document | Includes general SOW provisions for ECC, IR, BPC, EWM, Sls&FRP, GtB, Technical and Real Estate functions for phase 1 and phase 2. Includes pricing for ECC, IR, BPC, EWM, Sls&FRP, GtB, Technical and Real Estate functions. Includes provision for Milestone billing and rate structure. | $5,956,617 | Yes | WCB SOW Main Body FINAL Feb 21 2015 |
| B. | WCB ECC Program Methodology | ECC Methodology attachment | Describes the methodology to deploy ECC, EWM, Sls&FRP, GtB, Technical and Real Estate Functions | No dollars in this attachment | Yes | WCB ECC Program Methodology FINAL Feb 21 2015 |
| C. | WCB SOW Scope Document | Scope attachment | Includes the functional and technical scope for ECC, EWM, IR, BPC and Real Estate. Also includes IP listing and pricing | $300,000 (DPI) | Yes | WCB SOW Scope Document FINAL Feb 21 2015 |
| D. | WC Bradley SOW BPC | BPC Methodology attachment | Describes the methodology to deploy Business Planning and Consolidations (BPC) functions | No dollars in this attachment | Yes | WC Bradley WN1BPC SOW FINAL Feb 21 2015 |
| E. | WC Bradley SOW IR | IR Methodology attachment | Describes the methodology to deploy IR and HANA (Reporting) | No dollars in this attachment | Yes | WC Bradley SOW IR FINAL Feb 21 2015 |
| F. | WCB Phase 2 SOW | Phase 2 Description | Provides methodology, roles and responsibilities for Phase 2 of the project | No dollars in this attachment | Yes | WCB Phase 2 SOW FINAL Feb 21 2015 |

| Services Pricing Summary | Phase 1 Dollars | Phase 1 Hours | Phase 2 Dollars | Phase 2 Hours | Comments |
|---|---|---|---|---|---|
| Project Management | $559,480 | 3832 | $0 | 250 | PMO Functions |
| ECC - Core Functional | $1,945,187 | 18956 | $308,060 | 4000 | Functional Configuration |
| LCC - Core Technical | $740,496 | 9385 | | | Technical Development |
| EWM - Warehouse Management (Functional) | $509,040 | 2563 | $166,840 | 840 | Functional Configuration |
| EWM - Warehouse Management (Technical) | $153,400 | 1560 | | | Technical Development |
| System Administration/Basis | $91,000 | 520 | n/a | n/a | |
| Vendor Portal | $40,000 | 360 | n/a | n/a | Technical Development |
| Sls&FRP Services | $58,000 | 640 | n/a | n/a | Functional Configuration |
| GtB Services | $118,000 | 880 | included in phase 1 | n/a | Functional and Technical |
| Realestate | $60,000 | 1200 | n/a | n/a | Functional and Technical |
| RJ/HANA Reporting | $684,700 | 5140 | n/a | n/a | Reporting |
| BPC | $902,404 | 2006 | included in phase 1 | n/a | Functional and Technical |
| WCB Main Body SOW | $5,483,617 | 42339 | $475,000 | 5050 | Functional and Technical |
| | | | | | |
| Total Services | $5,483,617 | 42339 | $475,000 | 5050 | |
| | | | | | |
| PMO | $559,480 | 3092 | $0 | 250 | |
| Functional | $3,232,631 | 23242 | $475,000 | 4040 | includes some technical |
| Technical | $1,070,806 | 1225 | | | About 30% in efforts |
| Reporting | $684,700 | 5140 | | | |
| Total Services | $5,483,617 | 42339 | $475,000 | 5099 | |

| Total Services | $5,956,617 |
|---|---|

Exhibit B

# EXHIBIT B
## Project Plan Summary

### Phase 1 Implementation

Phase 1 will include all entities and locations for the Pre-Project stage, Best Practice Blueprint stage and Solution Personalization stage. The remaining stages will be implemented in Phase 1 for all Zebco entities and locations, and for W.C. Bradley Co. "Corporate," which includes all Corporate Services (HR, Finance, etc.) and entities (WCB Real Estate, WCB Investments, WCB Farms, etc.) other than Zebco, Char-Broil, and Lamplight entities.

### Stages

- *Pre-Project*
  Develop the overall governance for the project and assemble the project team
  The deliverables will be the following:
  - Scope
  - Plan
  - Budget
  - Strategy
  - Standards and deliverables

- *Best Practice Blueprint*
  Create the project template through development of the following:
  - Project boundaries
  - Deliverables
  - Functional scope
  - Enterprise organizational structure
  - Business process definitions
  - Master data and technical deliverables scope

- *Solution Personalization*
  Configure the solution to reflect the individual business units
  - CRP
  - Baseline setup
  - Final Configuration
  - Technical Development
  - Test Cycles

- *Organizational Readiness*
  - Business user communication and training
  - Transition technical content and operations to internal IT team

- *Solution Readiness*
  - Finalize plan for importing pre-defined existing data
  - Complete just in time training to ensure business users readiness

- *Go-Live and Support*
  - Go Live

ITELLIGENCE CONFIDENTIAL INFORMATION

WCB provided attachment
Reviewed by: Shah AE: r.barron



Exhibit B

- Establishment of support organization for Business users (long-term)
- Establish and begin monitoring of system transactions
- Conduct and determine regular system performance measurements
- Project close

## Phase 2 Implementation

Phase 2 implementation will include Char-Broil and Lamplight entities and locations. The following stages will occur for <u>both</u> Char-Broil and Lamplight.

### Stages

- *Pre-Project and Stabilization*
  - Project plan review
  - Transfer knowledge of existing solution
  - Data cleansing and migration

- *Adjustment and Localization*
  - CRP playback
  - Template delta configuration
  - Data migration testing
  - Integration scenario testing
  - Training content and schedule development

- *Organizational Readiness*
  - Execute business user communication and training

- *Solution Readiness*
  - Business and data cut-over

- *Go-Live and Support*
  - Go Live
  - Establishment of support organization for Business users (long-term)
  - Establish and begin monitoring of system transactions
  - Conduct and determine regular system performance measurements
  - Project close

ITELLIGENCE CONFIDENTIAL INFORMATION

WCB provided attachment
Reviewed by: Shah AE: r.barron





itelligence

### EXHIBIT C

### REQUEST FOR CONTACT INFORMATION

itelligence, Inc. ("Itelligence") adheres to all laws and regulations. In order to remain compliant with immigration-related provisions for H-1B employees, it is necessary for Itelligence to provide you, our Client, with certain postings to be placed at your work site(s). The postings will be sent electronically to the contact provided below.

Complete and return, along with the executed Master Services Agreement, via one of the following: (1) electronically to shauna.keating-schnool@itelligenceamerican.com, (2) facsimile to Shauna Keating at 513.965.2009, or (3) mail to: Itelligence, Inc., Attn: Shauna Keating-Schnool, 10856 Reed Hartman Highway, Cincinnati, Ohio 45242.

| Human Resources Contact (or person responsible for posting required government bulletins) |  |
|---|---|
| Name: | Connie Gill |
| Email: | cgill@wcbradley.com |
| Telephone: | 706-571-6080 |

| Address(es) of Work Site(s) (where Itelligence Consultants will perform services) |  |
|---|---|
| Company's Full Legal Entity Name: | W.C. Bradley Co. |
| Location #1: | Address |
|  | 1017 Front Ave. |
|  | Columbus, GA 31901 |
|  | City, State  Zip |
| Location #2: | Address |
|  |  |
|  | City, State  Zip |
| Location #3: | Address |
|  |  |
|  | City, State  Zip |

Include and/or attach additional work site address information, if applicable.

ITELLIGENCE CONFIDENTIAL INFORMATION

Std Master Services Agreement Template Rev 040313
Prepared by: p.ralski
AS: r.barron





**Fully executed agreements between W .C. Bradley Co. and itelligence (1 of 3 emails)**

Shauna Keating-Schroot   to: tbargy

Cc:  Christopher Seaver, Doug Thacker, Rick Baron

03/03/2015 02:26 PM

From:      Shauna Keating-Schroot/CIN/NA/SVC-AG

To:        tbargy@wcbradley.com,

Cc:        Christopher Seaver/CIN/NA/SVC-AG@SVC-NA, Doug Thacker/CIN/NA/SVC-AG@SVC-NA, Rick Baron/CIN/NA/SVC-AG@SVC-NA

EMAIL 1 OF 3 - Due to the number of documents , the fully executed agreements are being returned in 3 separate emails .

Ms. Bargy:

For your records, please find attached a fully executed electronic copy of each of the following agreements between W.C. Bradley Co. and itelligence:

1. Master Services Agreement - Please note that Exhibit C was submitted incomplete, however, Rick Baron was able to provide the contact data needed and it has been added to the form.

2. BPC Implementation Methodology SOW - A manual correction was made to W.C. Bradley Co.'s zip code on page 16 and initialed by Tim Breen.

3. BI/HANA Implementation Methodology SOW - A manual correction was made to W.C. Bradley Co.'s zip code on page 21 and initialed by Tim Breen.

Please note:  The signature(s) on behalf of itelligence is/are affixed electronically to the pdf. On occasion, we have been informed that they are not visible when a document is viewed .    If you experience this problem,  please let me know and I will scan the document(s) and resend.

Hard copies will be sent to you in a  "welcome kit" which will be shipped via UPS Ground service .

itelligence appreciates the opportunity to be of service to you , our Client, and look forward to working with you.

Thank you

W.C. Bradley Co Agreements (1 of 3).zip

**Shauna Keating-Schroot**
Business Manager - Contracts

**itelligence**   ▌▊ ■NTT DATA Business Solutions

itelligence Inc. • 10856 Reed Hartman Highway • Cincinnati, OH  45242
phone: 513.507.2107 • mobile: 513.560.7736
fax: 513.956.2009
e-mail: ssh@itelligencegroup.com

www.itelligencegroup.com • Social Media Channels

 UPS Delivery Notification, Tracking Number 1ZE44E660391850249
UPS Quantum View
to:
ashley.auberger
03/09/2015 11:09 AM
Hide Details
From: "UPS Quantum View" <auto-notify@ups.com>
To: ashley.auberger@itelligencegroup.com,
Please respond to auto-notify@ups.com
Security:
To ensure privacy, images from remote sites were prevented from downloading. Show Images
Follow Up:
Normal Priority.

UPS

***Do not reply to this e-mail. UPS and ITELLIGENCE, INC. will not receive your reply.

**At the request of ITELLIGENCE, INC., this notice is to confirm that the following shipment has been delivered.**

**Important Delivery Information**

**Tracking Number:**     1ZE44E660391850249
**Delivery Date / Time:** 09-March-2015 / 11:02 AM

**Delivery Location:** RECEPTION
**Signed by:** ROWE

**Shipment Detail**

**Ship To:**
Ms. Terry Bargy
W.C. Bradley Co.
1017 FRONT AVE
COLUMBUS
GA
31901
US

**Number of Packages:**        1
**UPS Service:**               GROUND